■ In the Matter of GARY ATTI et al., Respondents-Appellants, v JAMES GRIFFIN, as Mayor of the City of Buffalo, et al., Appellants-Respondents.—Judgment unanimously affirmed, without costs. (See *Matter of Fusco v*

*Griffin,* 67 AD2d 827.) (Appeals from judgment of Erie Supreme Court—Art 78.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.